

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. PAUL LEROY WICKHAM )<br>2. JENNIFER LEANN MCCORMICK )<br>    Plaintiffs, )<br>    )<br>v. )<br>    )<br>1. UNITED STATES OF AMERICA )<br>2. TIMOTHY TYMKOVECH, et al.. )<br>3. ELIZABETH A. SHUMAKER )<br>4. STATE OF OKLAHOMA )<br>5. MIKE HUNTER, ET AL. )<br>6. CARL GIBSON, as individual )<br>7. ROBERT POPP, as individual )<br>8. ANTHONY TOWERS, as individual)<br>9. BURKE LARUE )<br>10. DOUG SONENBERG )<br>11. TROY FRIDDLE )<br>12. CAROL PARRETT )<br>13. NOWATA COUNTY )<br>    Defendants, ) | **FILED**<br>MAR 0 1 2019<br>Mark C. McCartt, Clerk<br>U.S. DISTRICT COURT<br><br>**19 CV  110 TCK - FHM**<br>Case # |



Claim Under Which Compensation Can be Paid Under the
Constitution of the 2nd, 5th and 14th Amendments

Under the authority of 18 USC § 1983 and under the authority of 18 USC § 1964a of 2014, Title 13a of Criminal code of Chapter 9 Fraudulent practices § 13a-9-12 Offering false instrument for recording, nullification, or expungement from record, and Title 21 Crimes and punishments under Chapter 4 Parties to crimes § 173, claims to assess damages under the Constitution of the United States.

(Acts 1977, no. 607, p. 812, § 4035; Act 2012-209, p. 349, §§ 1, 2) Title 21-Chapter 4 § 173, Aiding and abetting, and H.R. 1857, to require federal law enforcement agencies to report to congress serious crimes authorized as well as unauthorized, committed by their confidential informants.

Action # 1

Elizabeth A Shumaker has no authority to use her office to commit bodily harm to Paul Leroy Wickham. Under the authority of 18 USC 1964a, she has committed mail fraud under 28 USC 41. She is not part of a panel; she has no authority to give a decision of your Constitutional Rights of the 2nd, 5th and 14th Amendments. She has no rights to seize weapons or being a part of fraudulent decisions against Paul Leroy Wickham by using the 10th Circuit Court of Appeals under Title 13a, of Criminal Code Chapter 9 Fraudulent practices – § 13a-9-12, offering false

instrument for recording, nullification, or expungement from record, and Title 21 Crimes and punishments under Chapter 4, parties to crimes § 173.

Action # 2

Elizabeth A Shumaker, working in concert with Carl Gibson, on January 28, 2019, issued a fraudulent document considered as an order, which is in violation of HR 1857 to require federal law enforcement agencies to report to congress serious crimes, authorized as well as unauthorized, committed by their confidential informants and along with Anthony Towers and Robert Popp of seizing weapons without probable cause, as criminal trespassing to create wealth for their department under 18 USC 1964a.

Action # 3

Elizabeth A Shumaker, working in concert under 18 USC 241-3, along with Timothy Tymkovech et al., created legal malice to conflict bodily harm to Paul Leroy Wickham by establishing of a felonious order along with Carl Gibson in Section 28 USC 41 as a three-panel judge, which is in violation of Paul Leroy Wickham's Constitutional Rights, 2nd, 5th and 14th Amendments.

Action # 4

Carl Gibson, working in his capacity at the time, created a PO # without probable cause and violated Paul Leroy Wickham's rights under 18 USC 1983. Having a vendetta and using his

authority to inflict bodily harm to Paul Leroy Wickham under the authority of Title 21 Chapter 4 Section 173. Not liking the way Paul Leroy Wickham ties his shoes or using the wrong deodorant, Carl Gibson conflicted bodily harm without probable cause 18 USC 1964a under 2014.

Action # 5

    Elizabeth A Shumaker and Timothy Tymkovech, using the executive order 11972, to create wealth for themselves and do bodily harm to the citizens of the United States by providing false orders and statements under Title 13a-9-12 offering false instruments for recording.

Action # 6

    Elizabeth A Shumaker, along with her predecessor the State of Oklahoma, creating a body of wealth against the tax payers of 1 trillion, 200 billion, 36 million and climbing, establishing crimes under 18 USC 1964a to create and do bodily harm under 18 USC 1983 to protect their own kind, which is a violation under false doctoring.

By stealing weapons and property and turning it into their own revenue, using Carl Gibson as one of their instruments to create wealth for their own use. Under Title 18 USC § 18001 and § 1899 using tax payers as guinea pigs and to create wealth by exploiting by the title listed above. As criminal enterprise by filing charges to create money for the system and then dropping the case, this creates wealth for the court systems under 18 USC 1983 against the tax payers of America.

Action # 7

Mike Hunter and the State of Oklahoma, being duly sworn to uphold the law, is in violation of Title 21 Chapter 4 of 173, and in violation of the 5th Amendment and (Acts 1977, No. 607, p. 812 § 4035; Act 2012-209, p. 349, §§1, 2). We are demanding a jury trial.

Action # 8

Under Jennifer Leann McCormick, the Nowata County Assessor's office, located in Nowata County, Oklahoma, refused to let me file for Homestead Exemption on property that I own, and the exhibits will show this. They are in violation of my Civil Rights of Title 18 USC § 1983. We do not live in a social republic where they can pick and choose

US Department of Justice

Attention: William Barr

950 Pennsylvania Ave

Washington D.C. 20530-0001

Sincerely yours,

_____  2/28/2019
Jennifer Leann McCormick,   Date
R1 Box 171
Nowata, OK. 74048
918-418-9582

_____  2-28-2019
Paul Leroy Wickham, Date
R1 Box 171
Nowata, OK 74048
918-440-3241

State of Oklahoma

County of _Washington_

The foregoing document was acknowledged before me this _28_ day of _Feb._, 2019.

Signature of Notary Public _Stephanie J. Gill_

My Commission Expires _03/30/2021_

[Notary Seal: STEPHANIE J. GILL, NOTARY PUBLIC, #05003139, EXP. 03/30/21, STATE OF OKLAHOMA]

United States of America
US Department of Justice
950 Pennsylvania Ave. N.W.
Washington D.C. 20530-0001


Timothy Timkovech
Byron White United States Courthouse
1823 State Street
Denver, CO. 80257


Elizabeth A. Shumaker
Byron White United States Courthouse
1823 State Street
Denver, CO. 80257


State of Oklahoma
313 NE 21st ST
Oklahoma City, OK 73105

Mike Hunter
313 NE 21st ST
Oklahoma City, OK 73105

Carl Gibson, as individual
229 N. Maple
Nowata, OK 74048


Robert Popp, as individual
229 N. Maple
Nowata, OK 74048


Anthony Towers, as individual
229 N. Maple
Nowata, OK 74048


Burke LaRue
229 N Maple
Nowata, OK 74048

Doug Sonenberg
229 N Maple
Nowata, OK 74048

Troy Friddle
229 N Maple
Nowata, OK 74048

Carol Parrett
229 N Maple
Nowata, OK 74048

Nowata County
229 N Maple
Nowata, OK 74048

**OTC 921**
Revised 11-2018

# State of Oklahoma
## APPLICATION FOR HOMESTEAD EXEMPTION
Return to County Assessor

**Tax Year** 2019 | 2020

---

## PART ONE — APPLICANT (TO BE COMPLETED BY APPLICANT)

Name: (Last) **McCormick**  (First) **Jennifer**  (MI) **L**
Account Number: _____
Property Address: _____
Mailing Address: **R1 Box 171 Nowata, OK. 74048**
Daytime Telephone: (**918**) **418-9582**   Email Address: **N/A**

**LEGAL DESCRIPTION:**

School District: _____

EXIBIT A

**PLEASE MARK THE APPROPRIATE BOX...**

- [Y] [ ] Are you a legal resident of Oklahoma?
- [ ] [N] Is any portion of the property rented or leased?
- [ ] [N] Do you own only a partial or undivided interest?
- [ ] [N] Is the property held in a revocable trust?
- [Y] [ ] Is your residence a manufactured home?
- [ ] [N] If a manufactured home, is the title in your name?
- [Y] [ ] If a manufactured home, do you own the land where it is located?
- [ ] [N] Is any part of the described property used as commercial?
- [ ] [N] Do you currently, or did you in the previous year, have homestead exemption in this State?

If so, list address _____, _____ City _____ County

List all owners who reside on property and their relationship to each other:
_____

---

## PART TWO — OWNERSHIP (TO BE COMPLETED BY APPLICANT)

**A — PLEASE MARK THE APPROPRIATE BOX...**

- [Y] [ ] Did you own this property on or before January 1 of this year?
- [Y] [ ] Were you occupying this property as your place of residence on January 1 of this year?
- [Y] [ ] Was or will your deed or other evidence of ownership be of record with the County Clerk's Office on or before February 1 of this year?

**NOTE:** (If today's date is after March 15 of this year, or if you answered "no" to any question in section "A," you may not qualify for this year's exemption. To apply for next year's exemption, complete section "B" of this application.)

Homestead exemption cannot be approved if you do not own and occupy the subject property as your place of residence on January 1 each year the exemption is applied, including the year of application.

**B — PLEASE MARK THE APPROPRIATE BOX...**

- [Y] [ ] Do you own this property?
- [Y] [ ] Will you, to the best of your knowledge, own and occupy this property as your place of residence January 1 of next year?
- [Y] [ ] Will your deed or other evidence of ownership be of record with the County Clerk's Office on or before February 1 of next year?

---

## PART THREE — ASSESSOR

Under penalty of perjury, I the undersigned, affirm that all information provided and herein contained are true and correct to the best of my knowledge.

Applicant's Signature: *[signed]*   Date: **2/27/19**

County Assessor or Deputy: **Carol Parrett 1st Deputy**   Date: **2/27/19**

- [ ] Approved beginning ____ tax year.
- [X] Disapproved. Reason **Property not in Applicant's name.**

# REQUIREMENT FOR HOMESTEAD EXEMPTION APPLICATIONS

A. To receive a homestead exemption, a taxpayer shall be required to file an application with the county assessor. Such application may be filed at any time; provided, the county assessor shall, if such applicant otherwise qualifies, grant a homestead exemption for a tax year only if the application is filed on or before March 15 of such year or within thirty (30) days from and after receipt of notice of valuation increase. If an application for a homestead exemption is filed after March 15, the county assessor shall, if such applicant otherwise qualifies, grant the homestead exemption beginning with the following tax year.

B. Any taxpayer who has been granted a homestead exemption and who continues to occupy such homestead property as a homestead, shall not be required to reapply for such homestead exemption.

C. Once granted, the homestead exemption shall remain in full force and effect for each succeeding year, so long as:
   1. The record of actual property ownership is vested in the taxpayer;
   2. The instrument of ownership is on record in the county clerk's office;
   3. The owner-taxpayer is in all other respects entitled by law to the homestead exemption; and
   4. The taxpayer has no delinquent accounts appearing on the personal property tax lien docket in the county treasurer's office. On October 1st of each year, the county treasurer will provide a copy of the personal property tax lien docket to the county assessor. Based upon the personal property tax lien docket, the county assessor shall act to cancel the homestead exemption of all property owners having delinquent personal property taxes. Such cancellation of the homestead exemption will become effective January 1 of the following year and will remain in effect for at least one (1) calendar year. However, such cancellation will not become effective January 1 of the following year if the taxpayer pays such delinquent personal property taxes prior to January 1. Cancellation of the homestead exemption will require the county assessor to notify each taxpayer no later than January 1 of the next calendar year whose homestead is canceled and will require the taxpayer to re file an application for homestead exemption by those dates so indicated in this section and the payment of all delinquent personal property taxes before the homestead can be reinstated.

D. Any purchaser or new owner of real property must file an application for homestead exemption as herein provided.

E. The application for homestead exemption shall be filed with the county assessor of the county in which the homestead is located. A taxpayer applying for homestead exemption shall not be required to appear before the county assessor in person to submit such application.

F. The property owner shall sign and swear to the truthfulness and correctness of the application's contents. If the property owner is a minor or incompetent, the legal guardian shall sign and swear to the contents of the application.

G. The county assessor and duly appointed deputies are authorized and empowered to administer the required oaths.

H. The taxpayer shall notify the county assessor following any change in the use of property with homestead exemption thereon. The notice of change in homestead exemption status of property shall be in writing and may be filed with the county assessor at any time on or before March 15 of the next following year after which such change occurs. The filing of a deed or other instrument evidencing a change of ownership or use shall constitute sufficient notice to the county assessor.

I. Any single person of legal age married couple and their minor child or children, or the minor child or children of a deceased person, whether residing together or separated, or surviving spouse shall be allowed under this Code only one homestead exemption in the State of Oklahoma.

J. Any property owner who fails to give notice of change to the county assessor and permits the allowance of homestead exemption for any succeeding year where such homestead exemption is unlawful and improper shall owe the county treasurer:
   1. An amount equal to twice the amount of the taxes lawfully due but not paid by reason of such unlawful and improper allowance of homestead exemption;  and
   2. The interest and penalty on such total sum as provided by statutes on delinquent ad valorem taxes. There shall be a lien on the property shall while such taxes are unpaid, but not for a period longer than that provided by statute for other ad valorem tax liens.

K. Any person who has intentionally or knowingly permitted the unlawful and improper allowance of homestead exemption shall forfeit the right to a homestead exemption on any property in this state for the two (2) succeeding years.

(Reference:  Title 68, Section 2888; 2889; 2892 Oklahoma Statutes)

EXIBIT B

I-2018-001569 Book 0845 Pg: 326
10/01/2018   8:33 am Pg 0326-0327
Fee:   $ 15.00     Doc:   $ 0.00
Chris Freeman - Nowata County Clerk
State of Oklahoma

# WARRANTY DEED
# FAMILY TRANSACTION

That <u>Paul Leroy Wickham and Delores Georjean Wickham</u> of Nowata County, State of Oklahoma, parties of the first part, in consideration of _____ and other valuable considerations in hand paid, the receipt of which is hereby acknowledged, does hereby Grant, Bargain, Sell and Convey unto <u>Jennifer Leann McCormick</u> of Nowata County, State of Oklahoma, parties of the second part, the following described real property and premises situate in Nowata County, State of Oklahoma to-wit:

The South Half of the Southeast Quarter of the Southeast Quarter (S/2 SE/4 SE/4) and the North Half of the Northeast Quarter of the Southeast Quarter (N2 NE/4 SE/4) and the Southwest Quarter of the Northeast Quarter of the Southeast Quarter (SW/4 NE/4 SE/4) and the Northwest Quarter of the Southeast Quarter of the Southeast Quarter (NW/4 SE/4 SE/4) in Section Eleven (11), Township Twenty-five (25) North, Range Fourteen (14) East, Nowata County, Oklahoma. 0000-11-25N-14E-4-001-00

AND

The North Half of the Northeast Quarter (N/2 NE/4) and the North Half of the Northwest Quarter (N/2 NW/4) and the West Half of the Southeast Quarter of the Northwest Quarter (W/2 SE/4 NW/4) and the Northwest Quarter fo the Southwest Quarter (NW/4 SW/4) in Section Thirteen (13), Township Twenty-five (25) North, Range Fourteen (14) East. 0000-13-25N-14E-2-001-00

AND

The South Half (S/2) of Section Twelve (12), Township Twenty-five (25) North, Range Fourteen (14) East LESS the Northwest Quarter of the Northwest Quarter of the Southwest Quarter (NW/4 NW/4 SW/4), Nowata County, Oklahoma. 0000-12-25N-14E-3-001-00

PID # _____

Together with all the improvements thereon and the appurtenances thereunto belonging, and warrant the title to the same.

To Have and to Hold said described premises unto the said parties of the second part, as joint tenants, and to the heirs and assigns of the survivor, forever, free, clear and discharged of and from all former grants, charges, taxes, judgements, mortgages and other liens and incumbrances of whatsoever nature.

Signed and delivered this   26TH   day of   Sept   , 20 18

_____

Paul Leroy Wickham Registry #134000

Laura E. Vinita Roll #107720

State of Oklahoma,  } ss
Nowata County.      }

I, Chris Freeman County Clerk in and for Nowata County, Oklahoma, do hereby certify the within to be a true and correct copy of an instrument of writing filed for record at Nowata, Nowata County, Oklahoma, on the 1 day of 10 A.D. 2018 at 8:53 o'clock A M., as appears of record in volume 845 at 326-327 of the records of said office.
Witness my hand and official seal of Nowata, Oklahoma, this 27 day of Feb. A.D. 2019.

By _____ County Clerk
             Deputy

I-2018-001569  Book 0845 Pg: 327
10/01/2018  8:33 am  Pg 0326-0327
Fee:  $ 15.00     Doc:  $ 0.00
Chris Freeman - Nowata County Clerk
State of Oklahoma

*Paul Leroy Wickham*

*Delores Georjean Wickham*

STATE OF OKLAHOMA

COUNTY OF Washington

On this 26th day of September, 2018, before me personally appeared Paul Leroy Wickham and Delores G Wickham to me known to be the person described in and executed the within and foregoing instrument and acknowledged that he/she signed the same as his/her voluntary act and deed, for the uses and purposes therein mentioned.

Witness by and official seal hereto affixed.

*Lisa Sellers*
Notary Public in and for the State of Oklahoma

My Commission expires 7-13-22



I-2018-001568  Book 0845 Pg: 324
10/01/2018  8:30 am Pg 0324-0325
Fee:   $ 15.00   Doc: $ 0.00
Chris Freeman - Nowata County Clerk
State of Oklahoma

## AFFIDAVIT OF PAUL LEROY WICKHAM



STATE OF OKLAHOMA    )
                     )
COUNTY OF NOWATA     )

The undersigned, PAUL LEROY WICKHAM, of R1 Box 171, Nowata, Oklahoma 74048 being duly sworn, hereby deposes and says:

1. That I am over the age of 18 and am a resident of the State of Oklahoma. I have personal knowledge of the facts herein, and, if called as a witness, could testify completely thereto.

2. That I suffer no legal disabilities and have personal knowledge of the facts set forth below.

3. That on October 1, 2018, I owned and transferred/gave all my livestock (including but not limited to livestock listed in Exhibit A) to Jennifer Leann McCormick of R1 Box 171, Nowata, Oklahoma 74048.

4. That on October 1, 2018, I owned and transferred/gave all my farm machinery (including but not limited to equipment listed in Exhibit A) to Jennifer Leann McCormick of R1 Box 171, Nowata, Oklahoma 74048.

I declare that, to the best of my knowledge and belief, the information herein is true, correct and complete.

Executed this ___1ST___ day of October 2018.

_____
Paul Leroy Wickham

### NOTARY ACKNOWLDGEMENT

STATE OF OKLAHOMA
COUNTY OF __Washington__

This Affidavit was acknowledged before me on this __1st__ day of October 2018 by Paul Leroy Wickham, who, being first duly sworn on oath according to law, deposes and says that he has read the foregoing Affidavit subscribed by him, and that the matters stated herein are true to the best of his information, knowledge and belief.

_____
Notary Public
Commission # __05003139__
Expires __03/30/2021__

State of Oklahoma,  } ss
Nowata County.      }

I, __Chris Freeman__ County Clerk in and for Nowata County, Oklahoma, do hereby certify the within to be a true and correct copy of an instrument of writing filed for record at Nowata, Nowata County, Oklahoma, on the __1__ day of __10__ A.D. __2018__ at __8:30__ o'clock __A__ M., as appears of record in volume __845__ at __324-325__ of the records of said office.
Witness my hand and official seal of Nowata, Oklahoma, this __27__ day of __Feb__ A.D. __2019__.

By _____ County Clerk
                  Deputy

I-2018-001568  Book 0845 Pg: 325
10/01/2018  8:30 am Pg 0324-0325
Fee:    $ 15.00    Doc:  $ 0.00
Chris Freeman - Nowata County Clerk
State of Oklahoma

## EXHIBIT A

EQUIPMENT
- 1 – 1964 John Deere 4020 Wheatland
- 1 – 1969 John Deere 4020
- 1 – 1985 John Deere 2840 with Front loader
- 1 – New Holland Twine Round Baler BR850
- 1 – New Holland Chain Round Baler 851
- 1 – BushHog 15 Foot Mower
- 1 – Kuhn Disk Mower 9 Foot
- 1 – New Holland Tedder Rake
- 2 – New Holland Rakes
- 1 – Grinder Mixer
- 1 – John Deere Disk 14 Foot
- 1 – 10.5 Foot Offset BushHog Disk
- 1 – 36 Foot Hutchinson Grain Auger x 8"
- 1 – Natural Gas Grain Dryer
- 1 – John Deere Grain Drill
- 2 – Deer Born / Row Cornpicker
- 1 – Corn Stalk Chopper

LIVESTOCK
- 1 – Bull
- 14 – Cows
- 14 – Calves



**The American Presidency Project**™

John Woolley and Gerhard Peters     HOME  DATA  DOCUMENTS  ELECTIONS  MEDIA  LINKS

** NOTE: The American Presidency Project will soon launch a new website with a more contemporary look and improved search capability. While we continue "beta testing" the new site, please excuse lapses in updating this site. We expect to have the new site on-line in June.




# JIMMY CARTER
*XXXIX President of the United States: 1977-1981*

### Executive Order 11972—United States Circuit Judge Nominating Commission
February 14, 1977



COLLECTION:
**Public Papers of the Presidents**

Jimmy Carter 1977: Book I
Font Size: A A A

The American Presidency Project Needs Your Support

**Make a Gift**

Consider a *tax-deductible* donation & click here



**Document Archive**
- Public Papers of the Presidents
- State of the Union Addresses & Messages
- Inaugural Addresses
- Farewell Addresses
- Weekly Addresses
- Fireside Chats
- News Conferences
- Executive Orders
- Proclamations
- Signing Statements
- Press Briefings
- Statements of Administration Policy
- Economic Report of the President
- Debates
- Convention Speeches
- Party Platforms
- 2016 Election Documents
- 2012 Election Documents
- 2008 Election Documents
- 2004 Election Documents
- 1996 Election Documents
- 1968 Election Documents
- 1960 Election Documents
- 2017 Transition
- 2009 Transition
- 2001 Transition
- White House Media Pool Reports

**Data Archive**
Data Index

**Media Archive**
Audio/Video Index

**Elections**
Election Index
Florida 2000

**Links**
Presidential Libraries

**View Public Papers by Month and Year**
Month ▼  Year ▼

☐ INCLUDE documents from the Office of the Press Secretary

☐ INCLUDE election campaign documents, vice presidential documents, first

ESTABLISHING THE UNITED STATES CIRCUIT JUDGE NOMINATING COMMISSION

By virtue of the authority vested in me by the Constitution and statutes of the United States of America, and as President of the United States of America, it is hereby ordered as follows:

SECTION 1. Establishment of the Commission. There is hereby established the United States Circuit Judge Nominating Commission (hereinafter referred to as the "Commission"). The Commission shall be composed of thirteen panels, each of which shall, upon the request of the President, recommend for nomination as circuit judges persons whose character, experience, ability, and commitment to equal justice under law, fully qualify them to serve in the Federal judiciary. Except as indicated below, each panel shall serve a geographic area set forth in 28 U.S.C. 41. The panels shall be as follows:

(1) Panel for the District of Columbia Circuit;
(2) Panel for the First Circuit;
(3) Panel for the Second Circuit;
(4) Panel for the Third Circuit;
(5) Panel for the Fourth Circuit;

*EXHIBIT C*

(6) Panel for the Eastern Fifth Circuit, for the States of Alabama, Florida, Georgia and Mississippi;

(7) Panel for the Western Fifth Circuit, for the States of Louisiana and Texas, and the Canal Zone;

(8) Panel for the Sixth Circuit;

(9) Panel for the Seventh Circuit;

(10) Panel for the Eighth Circuit;

(11) Panel for the Southern Ninth Circuit, for the States of Arizona, California, and Nevada;

(12) Panel for the Northern Ninth Circuit, for the States of Alaska, Hawaii, Idaho, Montana, Oregon, and Washington, and the Territory of Guam; and

(13) Panel for the Tenth Circuit.

A panel shall be designated as, e.g., the "United States Circuit Judge Nominating Panel for The First Circuit."

SEC. 2. Membership. (a) The membership of the Commission shall consist of the combined memberships of the panels. The President may appoint a member of the Commission as its Chairman, with such duties as the President may assign.

(b) A panel shall be composed of a Chairman and other members appointed by the President. No panel shall have more than eleven members including the Chairman.

(c) Each panel shall include members of both sexes, members of minority groups, and approximately equal numbers of lawyers and nonlawyers. Except as provided in subsection (d), the membership of each panel shall include at least one resident of each of the States within the geographic area of the panel, but additional members may be appointed from any territory or State within that area.

(d) All members of the panel for the District of Columbia Circuit shall be persons residing within the District of Columbia or within twenty miles of its boundaries.

1876 Declaration of Independence commemorating the Declaration's 100th anniversary. Philadelphia: Parchment Publishing Company: 1876. Printed on parchment-style paper and certified by the United States Secretary of the Interior as a commemorative re-issue of the original document. Copy of Declaration accurately reproduces original handwritten text and roster of signatures. Document measures approximately 24" x 32".

